UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMISI RAIMO,

            Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

            Respondent.

Case No. C21-00748-BHS-SKV

ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S RETURN MEMORANDUM AND MOTION TO DISMISS

    The Court has reviewed the Petitioner's Second Unopposed Motion for Extension of Time to Respond to Return Memorandum and Motion to Dismiss, Dkt. 13, and the records and files therein,

    It is now ORDERED that the Motion, Dkt. 13, is GRANTED and the noting date for the Motion to Dismiss is extended to September 17, 2021, with Mr. Raimo's response due by September 13, 2021. The Clerk is directed to send copies of this order to the parties and to the Honorable Benjamin H. Settle.

    Dated this 7th day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO
RESPOND TO GOVERNMENT'S RETURN
MEMORANDUM AND MOTION TO DISMISS - 1