UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMISI RAIMO
(aka RAIMO AMISI),

          Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

          Respondent.

Case No. C21-0748-BHS-SKV

ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT

      This is a 28 U.S.C. § 2241 habeas action.  The Government filed a Motion to Dismiss, arguing Petitioner's detention is statutorily authorized, the absence of any reason why he would not be removed in the reasonably foreseeable future, and its expectation it would soon secure a travel document from Tanzania, the place of Petitioner's birth.  *See* Dkts. 7-9.

      Petitioner opposed the motion to dismiss, denying his removal is significantly likely in the reasonably foreseeable future. Dkt. 15.  Petitioner states he has dual citizenship in the Democratic Republic of Congo (DRC) and Tanzania, that the DRC rejected his application for travel documents, and that a representative of the Tanzanian government has advised that Tanzania does not accept his claim to citizenship.  *Id*.; Dkt. 15-1.  He requests release or, at a

minimum, a bond hearing. He alternatively requests an evidentiary hearing or order compelling discovery into the Government's expectation of imminent removal.

The Government, in reply, stated it had not been informed by the Tanzanian Embassy of an intent to deny Petitioner travel documents, that his application remains active and pending, and that it anticipated a travel document would be issued and Petitioner removed in the near future. Dkt. 16. The Government hoped to "receive clarity from the Tanzanian Embassy within the coming weeks, if not days." *Id*. at 2. *See also* Dkt. 17, ¶¶5-6. The Government denies Petitioner is entitled to release or a bond hearing, and contends he must first exhaust his administrative remedies by seeking relief from the immigration court. The Government adds that, if the Tanzanian Embassy denies the application, Petitioner will likely be placed on supervised release.

The Government filed its reply on September 17, 2021. Dkt. 16. A search of the ICE online detainee locator appears to show that, to date, Petitioner remains in custody. The Court, accordingly, herein ORDERS the Government to file a report on the status of Petitioner's removal, including the status of any travel documents, on or before **November 19, 2021**. The Clerk is directed to RE-NOTE the Government's Motion to Dismiss, Dkt. 7, for consideration on **November 19, 2021** and to send copies of this order to the parties and to the Honorable Benjamin H. Settle.

Dated this 9th day of November, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DIRECTING GOVERNMENT TO FILE
STATUS REPORT - 2